ANNA I. HUTCHINSON, Appellant, *v.* JOSEPH T. McCADDON et al., Individually and as Executors of and Trustees under the Will of RUTH L. BAILEY, Deceased, et al., Respondents, Impleaded with Others.

*Hutchinson* v. *McCaddon,* 169 App. Div. 159, affirmed.
(Argued December 8, 1916; decided January 23, 1917.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered August 11, 1915, upon an order which reversed an order of the court at a Trial Term setting aside a verdict in favor of defendants and directed re-instatement of said verdict in an action under section 2653a of the Code

of Civil Procedure, to contest the validity of a paper writing purporting to be the last will and testament of Ruth L. Bailey, deceased, theretofore admitted to probate. The complaint alleged that the will was not executed in conformity with law, mental incapacity of testatrix and undue influence.

*Arthur M. Johnson* and *John T. Bottom* for appellant.

*Delavan A. Holmes* and *Charles P. Rogers* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., COLLIN, CUDDEBACK, HOGAN, CARDOZO and POUND, JJ.